IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **AMY HARP,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| **v.** ] | **CIVIL ACTION NO.:** |
| ] | **4:17-CV-1734  KOB** |
| ] | |
| **LIFE INSURANCE COMPANY OF** ] | |
| **NORTH AMERICA,** ] | |
| **Defendant.** ] | |
| ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, February 26, 2018 that final settlement documentation could not be completed.

DONE and ORDERED this 26th day of December, 2017.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE