# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AMY HARP,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CASE NO.: 4:17-CV-01734-KOB<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Amy Harp ("Plaintiff"), and Defendant Life Insurance Company of North America ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 28th day of December, 2017.

| | |
|---|---|
| ALLENSTEIN & ALLENSTEIN, LLC | MAYNARD, COOPER & GALE, P.C. |
| By: _/s/ Myron K. Allenstein_<br>Myron K. Allenstein<br>141 South 9th Street<br>Gadsden, AL 35901<br><br>*Attorney for Plaintiff* | By: _/s/ Grace R. Murphy_<br>Grace Robinson Murphy<br>William B. Wahlheim, Jr.<br>2400 Regions/Harbert Plaza<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL 35203-2618<br><br>*Attorneys for Defendant* |